IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CURTIS CHRISHAUN EVANS, #L2500                                    PLAINTIFF

v.                                              CAUSE NO. 5:17-cv-95-KS-MTP

COMMISSIONER PELICIA HALL and
SERGEANT UNKNOWN SALVAGE                                         DEFENDANTS

## ORDER

BEFORE THE COURT is pro se Plaintiff Curtis Chrishaun Evans's Motion [11] to Dismiss this case filed on October 19, 2017. This civil action was dismissed on August 7, 2017, and Plaintiff's appeal was dismissed by the Fifth Circuit on September 27, 2017. Plaintiff's Motion [11] is deemed moot. Accordingly,

IT IS, HEREBY, ORDERED AND ADJUDGED that Plaintiff's Motion [11] to Dismiss filed in this closed civil action is denied as moot.

SO ORDERED, this the  26th  day of October, 2017.

                                                  s/Keith Starrett
                                                  UNITED STATES DISTRICT JUDGE